UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-01302-AHM (FMOx) | Date | July 14, 2009 |
|---|---|---|---|
| Title | PABLO AGUIRRE v. DEUTSCHE BANK NATIONAL TRUST COMPANY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:        Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On June 12, 2009 the Court granted defendants motion to dismiss with prejudice with respect to all claims except for the claim under RESPA, which was dismissed with leave to amend. The Court further ordered that "plaintiff may file a First Amended Complaint for violation of RESPA, but he must do so by July 6, 2009" and warned that "failure to timely file a First Amended Complaint will result in a dismissal of the lawsuit." To date, plaintiff has not filed his first amended complaint. Accordingly, the Court dismisses this action with prejudice.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |

**JS-6**